# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

September 11, 2020

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED.

*[signature]*

5/28/21   CATHY SEIBEL, U.S.D.J.

Re: **Jach v. Yeshivath Viznitz D'Khal Torath Chaim, Inc., et al.**
*Docket No. 20-cv-6309 (CS)(LMS)*

Dear Judge Seibel:

We represent defendants in the above-referenced case, and we write jointly with plaintiff's counsel to request for the first time an adjournment of the deadline by which to submit *Cheeks* fairness papers. On April 29, Your Honor ordered that said papers be submitted by tomorrow, but the parties still are in the process of drafting and negotiating the written settlement agreement and need a bit more time. Therefore, the parties respectfully request until June 22 to submit the fairness papers.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

*[signature]*

David Stein

cc: Robert Wisniewski, Esq. (via ECF)